IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fannie Mae,<br><br>    Plaintiff,<br><br>vs.<br><br>Anthony P. Laruffa, as an individual and as Trustee of the Camino Real Trust under trust dated July 22, 1998; John Grassia, as an individual and as Trustee of the Grassia Trust dated December 23, 1996, as amended and restated October 9, 2006; John Does I-X<br><br>    Defendants. | No. CV 12-301-TUC-RCC (DTF)<br><br>**ORDER** |

On June 7, 2012, the Honorable D. Thomas Ferraro, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action. (Doc. 21). The Recommendation advised the Court to DENY Defendant Laruffa's Motion to Dismiss or in the Alternative Transfer Venue, (Doc. 5), and Motion to Quash Service of Summons and Complaint, (Doc. 6).

The Court considers the Recommendation to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Ferraro. Therefore

**IT IS HEREBY ORDERED** that the Court adopts Magistrate Judge Ferraro's Report and Recommendation. (Doc. 21)

1   **IT IS FURTHER ORDERED** that Defendant Laruffa's Motion to Dismiss or in the Alternative Transfer Venue, (Doc. 5), and Motion to Quash Service of Summons and Complaint, (Doc. 6).

**IT IS FURTHER ORDERED** referring this matter back to Magistrate Judge Ferraro for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1), FED.R.CIV.P. 72, and L.R.Civ 72.1, 72.2 and 72.3.

DATED this 2nd day of July, 2012.

_____
Raner C. Collins
United States District Judge